UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBERTS,<br><br>    Plaintiff,<br><br>    v.<br><br>LONG, et al.,<br><br>    Defendants. | No. 2:21-cv-1266 AC P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 2, 2021, the court noted that plaintiff is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g). ECF No. 4. Accordingly, he was ordered to pay the filing fee prior to proceeding with this action and to do so within twenty-one days. See id. at 2. At that time, plaintiff was warned that his failure to pay the filing fee would result in a recommendation that this action be dismissed. See id. The period within which plaintiff was to comply with the order has passed, and plaintiff has neither paid the fee, nor has he responded to the court's order in any way.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is directed to assign a District Court Judge to this case, and

IT IS HEREBY RECOMMENDED that this action be DISMISSED without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 31, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE