UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBERTS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LONG, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-1266 JAM AC P<br><br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On September 1, 2021, the magistrate judge issued findings and recommendations herein which were served on plaintiff and which contained notice to him that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 6. Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

////

////

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations issued September 1, 2021 (ECF No. 6) are ADOPTED, and

    2.  This action is DISMISSED without prejudice for failure to pay the filing fee.  See 28 U.S.C. § 1915(g).

Dated:  November 4, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE